No. 2,116.—THE STATE OF MONTANA EX REL. JOHN R. BORDEAUX, RELATOR, *v.* DISTRICT COURT OF THE SECOND JUDICIAL DISTRICT OF MONTANA IN AND FOR SILVER BOW COUNTY ET AL., RESPONDENTS.

Original—Injunction.

Decided October 22, 1904.

PER CURIAM.—Relator's application for a writ of injunction herein is hereby denied.

*Mr. B. S. Thresher, Mr. C. F. Kelley,* and *Mr. Peter Breen,* for Relator.